Michael L. Charlson (SBN 122125)
 mcharlson@velaw.com
Jessica Mussallem (SBN 237806)
 jmussallem@velaw.com
Elliott J. Joh (SBN 264927)
 ejoh@velaw.com
**VINSON & ELKINS LLP**
525 Market Street, Suite 2750
San Francisco, CA  94105
Telephone: 415.979.6910
Facsimile: 415.704.3264

Attorneys for Defendant
LINEBARGER GOGGAN BLAIR & SAMPSON LLP,
a Texas limited liability partnership

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| 4EC HOLDINGS, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>    vs.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP, a Texas limited liability partnership,<br><br>                    Defendant. | Case No. 3:14-cv-01944 VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DATES OF OPPOSITION AND REPLY BRIEFS**<br><br>Hearing Date:  June 26, 2014<br>Hearing Time:  1:30 p.m.<br><br>Courtroom of the Honorable Vince Chhabria, Courtroom 4 |

1   IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

2   The parties, by and through their attorneys, stipulate and agree that, subject to court
3   approval, Plaintiff's opposition to Defendant's Motion to Dismiss (Dkt No. 11) will now be due
4   on May 22, 2014.  Defendant's reply, if any, will now be due on June 2, 2014.

5   The parties further stipulate and agree that, subject to court approval, Defendant's
6   opposition to Plaintiff's Motion to Remand (Dkt Nos. 14, 18) will now be due on May 23, 2014.
7   Plaintiffs' reply, if any, will now be due on June 3, 2014.

8   The hearing currently noticed on June 26, 2014 will remain on calendar.

9   IT IS SO STIPULATED.

10  Dated:  May 15, 2014                                    Respectfully submitted,

12                                                          By:___/s/ Michael L. Charlson__
                                                                Michael L. Charlson
13                                                              VINSON & ELKINS LLP
                                                                Attorney for Defendant
14                                                              Linebarger Goggan Blair
                                                                & Sampson LLP
15

16

17                                                          By:____/s/ William McGrane____
                                                                William McGrane
                                                                MCGRANE LLP
18                                                              Attorney for Plaintiff
                                                                4EC Holdings, LLC
19

**[PROPOSED] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that Plaintiff's opposition to Defendant's Motion to Dismiss is now due on May 22, 2014. Defendant's reply, if any, is now due on June 2, 2014. The Court also HEREBY ORDERS that Defendant's opposition to Plaintiff's Motion to Remand is now due on May 23, 2014. Plaintiff's reply, if any, is now due on June 3, 2014. The hearing date currently noticed on June 26, 2014 will remain on calendar.

**IT IS SO ORDERED.**

DATED: May 19, 2014

Honorable Vince Chhabria
United States District Judge