UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 4EC HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,<br><br>　　　　　Defendant. | Case No.  14-cv-01944-VC<br><br>**ORDER STAYING CASE**<br><br>Re:  Docket No. 39 |

Upon review of the stipulation and proposed order submitted by the parties to stay the case, the Court orders as follows:

1.　　Aside from briefing and hearing on the Motion to Remand, proceedings in this action are STAYED to permit the parties an opportunity to pursue settlement discussions.  A hearing on the Motion to Remand is set for October 16, 2014 at 1:30 p.m.  The plaintiff shall file its reply brief on or before September 25, 2014.  Except for the Motion to Remand, all pending motions are DENIED without prejudice and associated filing deadlines and hearing dates are VACATED.  The motions may be refiled following a lift of the stay and resolution of the Motion to Remand.  Dates associated with the initial case management conference are also VACATED.

2.　　The parties may request referral to a magistrate judge, or a mediator appointed through the Court's ADR program, for settlement purposes.  To ensure timely utilization of the Court's dispute resolution resources, the parties should submit this request within 21 days.  Regardless, the Court does not envision granting a further continuance of the hearing on the Motion to Remand.

**IT IS SO ORDERED.**

Dated: May 28, 2014

_____
VINCE CHHABRIA
United States District Judge