Michael L. Charlson (SBN 122125)
　mcharlson@velaw.com
Jessica Mussallem (SBN 237806)
　jmussallem@velaw.com
Elliott J. Joh (SBN 264927)
　ejoh@velaw.com
**VINSON & ELKINS LLP**
525 Market Street, Suite 2750
San Francisco, CA  94105
Telephone: 415.979.6910
Facsimile: 415.704.3264

Attorneys for Defendant
LINEBARGER GOGGAN BLAIR & SAMPSON LLP,
a Texas limited liability partnership

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| 4EC HOLDINGS, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP, a Texas limited liability partnership,<br><br>　　　　　　　　　Defendant. | Case No. 3:14-cv-01944 VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND FILING DATE OF REPLY BRIEF AND TO CONTINUE HEARING**<br>AS MODIFIED<br><br>Honorable Vince Chhabria |

The parties, by and through their respective counsel of record and subject to the Court's approval, state and stipulate as follows:

**BACKGROUND**

WHEREAS, Plaintiff 4EC Holdings, LLC ("4EC") commenced this putative class action with its filing of its Complaint for Unfair Competition in the Superior Court of the State of California in and for the City and County of San Francisco on May 28, 2013, naming Linebarger Goggan Blair & Sampson LLP ("Linebarger") as defendant and asserting claims under provisions of the California Unfair Competition Law;

WHEREAS, Linebarger removed the case to this Court on April 28, 2014;

WHEREAS, on May 23, 2014, the parties stipulated that this matter reached a stage at which it would be appropriate for the parties to explore a possible settlement;

WHEREAS, the parties also stipulated that any settlement discussions would be facilitated by a standstill of the litigation for a limited period of time, including without limitation postponement of briefing and hearing on several pending motions and the proceedings surrounding an initial case management conference – all without prejudice to any claims, defenses, arguments or positions the respective parties may have;

WHEREAS, on May 28, 2014, the Court ordered a short stay of the litigation and that 4EC shall file its reply brief in support of its Motion to Remand (Dkt No. 14) on or before September 25, 2014.  The Court also scheduled a hearing on the Motion to Remand on October 16, 2014 at 1:30 p.m.

WHEREAS, on July 31, 2014, the parties attended a mediation session presided over by Ret. Judge Vaughn R. Walker.  The parties participated in good faith but were unable to reach a resolution during this mediation session.

WHEREAS, the parties have continued to negotiate a possible settlement with the assistance of Judge Walker, and have made substantial progress toward resolving the matter. The parties believe that a 30-day postponement of the briefing and hearing on 4EC's Motion to Remand would permit them the opportunity to continue negotiations toward a settlement in the case and potentially resolve the case.

# STIPULATION

NOW, THEREFORE, subject to the Court's approval, the parties agree and stipulate as follows:

1. 4EC's reply brief in support of its Motion to Remand is now due on October 27, 2014.

2. The hearing on 4EC's Motion to Remand is now scheduled for November 20, 2014 at 10:00 a.m (or such other date and time thereafter as may convenience the Court).

3. This Stipulation is entered into for the purpose of facilitating a possible settlement of this action. Discussions in and surrounding the mediation, including without limitation all statements made in connection with mediation-related submissions to the neutral shall be strictly confidential and shall be subject to Fed. R. Evid. 408 or other applicable rules or statutes intended to maintain the confidentiality of settlement-related communications. Except as expressly provided in this Stipulation, the agreements reflected in this Stipulation are without prejudice to any claims, defenses, arguments or positions the respective parties may have in this action.

4. Nothing contained or contemplated herein shall constitute affirmative conduct on the part of 4EC that would waive its right to seek remand of this action.

**IT IS SO STIPULATED.**

Dated:  September 23, 2014                            Respectfully submitted,

                                                      VINSON & ELKINS LLP


                                                      By:___/s/ Michael L. Charlson___
                                                              Michael L. Charlson

                                                      Attorneys for Defendant
                                                      Linebarger Goggan Blair
                                                      & Sampson LLP


                                                      McGRANE LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By:_____*/s/ William McGrane*____
William McGrane

Attorneys for Plaintiff
4EC Holdings, LLC

~~[PROPOSED]~~ **ORDER** AS MODIFIED

Pursuant to Stipulation of the parties and upon good cause showing, the Court HEREBY ORDERS that:

1. 4EC's reply brief in support of its Motion to Remand is now due on October 27, 2014.

2. The hearing on 4EC's Motion to Remand is now scheduled for November 20, 2014 at 10:00 a.m (or such other date and time thereafter as may convenience the Court).

3. The Court recognizes that the parties have entered into the accompanying Stipulation for the purpose of facilitating a possible settlement of this action. Discussions in and surrounding the mediation, including without limitation all statements made in connection with mediation-related submissions to the neutral shall be strictly confidential and shall be subject to Fed. R. Evid. 408 or other applicable rules or statutes intended to maintain the confidentiality of settlement-related communications. Except as expressly provided in this Order or the accompanying Stipulation, the parties' agreements reflected in the Stipulation are without prejudice to any claims, defenses, arguments or positions the respective parties may have in this action. 5. The Court does not anticipate granting any further continuances of the hearing on the motion to remand.

**IT IS SO ORDERED.**

DATED: September 24, 2014

