1
2
3
4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    4EC HOLDINGS, LLC,                    Case No.  14-cv-01944-VC

              Plaintiff,
8
                                           **ORDER**
9         v.

10   LINEBARGER GOGGAN BLAIR &
     SAMPSON, LLP,
11
              Defendant.

12          In the parties' joint brief, as requested by the Court's January 23, 2015 order (Dkt. No. 54),

13   the parties should also address the following question:

14      ▪   Why should the class members be required to file claims at all, as opposed to the

15          settlement administrator sending a payment to every class member who does not opt

16          out?

17

18          **IT IS SO ORDERED**.

19   Dated: January 27, 2015

20                                         _____

21                                         VINCE CHHABRIA
                                           United States District Judge
22

23

24

25

26

27

28