1  Michael L. Charlson (SBN 122125)
    mcharlson@velaw.com
2  Jessica Mussallem (SBN 237806)
    jmussallem@velaw.com
3  VINSON & ELKINS LLP
   525 Market Street, Suite 2750
4  San Francisco, California 94105
   Telephone:  (415) 979-6900
5  Facsimile:  (415) 704-3264

6  Attorneys for Defendant
   LINEBARGER GOGGAN BLAIR & SAMPSON LLP,
7  a Texas limited liability partnership

8  [Names and Addresses of Additional
   Counsel Listed on Signature Pages]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| 4EC HOLDINGS, LLC, a Delaware limited liability company,<br><br>                     Plaintiff,<br><br>vs.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP, a Texas limited liability partnership,<br><br>                     Defendant. | Case No. 3:14-cv-01944 VC<br>(Class Action)<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE SUPPLEMENTAL BRIEFING ON SETTLEMENT APPROVAL ISSUES**<br><br>Courtroom of the Honorable<br>Vince Chhabria, Courtroom 4 |

The parties, by and through their respective counsel of record and subject to the Court's approval, stipulate as follows:

**RECITALS**

WHEREAS, on December 30, 2014, the parties have entered into a Stipulation of Settlement (the "Stipulation") to resolve this matter, subject to Court approval;

WHEREAS, on January 22, 2015, the Court held a hearing (the "January 22 Hearing") on whether it should grant preliminary approval to the settlement set forth the Stipulation;

WHEREAS, the Court raised certain questions during the January 22 Hearing and by orders entered January 23 and 27, 2015, the Court posed certain questions to the parties, asking that the

1  parties respond to them in a supplemental brief concerning preliminary settlement approval to be

2  filed on or before February 20, 2015;

3        WHEREAS, the parties have been discussing the possibility of certain modifications to the

4  Stipulation intended to respond to issues raised by the Court at the January 22 Hearing, and

5  defendant has been collecting certain data requested by the Court;

6        WHEREAS, the parties believe that the Court's consideration of the proposed settlement

7  would be enhanced if the parties first reach final positions on, and to the extent applicable document,

8  potential modifications to the Stipulation, and if those issues were incorporated into the

9  supplemental brief that the Court has requested; and

10        WHEREAS, pre-existing business travel will result in counsel for the parties being out of

11  town for much of the balance of February, making it more difficult for the parties to confer and con;

12        THEREFORE, subject to the Court's approval, the parties agree as follows:

13  **STIPULATION**

14        The date by which the parties shall file their joint supplemental brief responding to the

15  Court's questions related to settlement approval is extended two weeks, to and including Friday,

16  March 6, 2015.

17        SO STIPULATED.

18  DATED: February 13, 2015

    JONATHAN R. BASS (SBN 075779)
      jbass@cpdb.com
    COBLENTZ PATCH DUFFY & BASS LLP
    One Ferry Building, Suite 200
    San Francisco, California 94111
    Telephone: (415) 772-5726

    By___/s/ Jonathan R. Bass_____
        Jonathan R. Bass

    WILLIAM McGRANE (SBN 057761)
      william.mcgrane@mcgranellp.com
    McGRANE LLP
    Four Embarcadero Center, Suite 1400
    San Francisco, California 94111
    Telephone: (415) 766-3590

|     |                              |                                                                |
| --- | ---------------------------- | -------------------------------------------------------------- |
| 1   |                              | MATTHEW J. SHIER (SBN 072638)                                  |
| 2   |                              | mshier@shierkatz.com                                           |
|     |                              | shierkatz RLLP                                                 |
| 3   |                              | 930 Montgomery Street, 6th Floor                               |
| 4   |                              | San Francisco, California 94133                                |
|     |                              | Telephone: (415) 691-7027                                      |
| 5   |                              | Attorneys for Plaintiff                                        |
|     |                              | 4EC HOLDINGS, LLC                                              |
| 6   |                              |                                                                |
| 7   | DATED: February 13, 2015     | VINSON & ELKINS LLP                                            |
| 8   |                              |                                                                |
|     |                              | By    /s/ Michael L. Charlson                                  |
| 9   |                              | Michael L. Charlson                                            |
| 10  |                              | Attorneys for Defendant                                        |
| 11  |                              | LINEBARGER GOGGAN BLAIR                                        |
|     |                              | & SAMPSON LLP                                                  |

## ~~PROPOSED~~ ORDER

Pursuant to the Stipulation of the parties and upon good cause showing, the Court HEREBY ORDERS that the date by which the parties shall file their joint supplemental brief responding to the Court's questions related to settlement approval is extended two weeks, to and including Friday, March 6, 2015.

**IT IS SO ORDERED.**

DATED: February 18, 2015

                                            Honorable Vince Chhabria
                                            United States District Judge

US 3298480v.1