Michael L. Charlson (SBN 122125)
  mcharlson@velaw.com
Jessica Mussallem (SBN 237806)
  jmussallem@velaw.com
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, California 94105
Telephone:  (415) 979-6900
Facsimile:  (415) 704-3264

Attorneys for Defendant
LINEBARGER GOGGAN BLAIR & SAMPSON LLP,
a Texas limited liability partnership

[Names and Addresses of Additional
Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| 4EC HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP, a Texas limited liability partnership,<br><br>Defendant. | Case No. 3:14-cv-01944 VC<br>(Class Action)<br><br>**FURTHER STIPULATION CONCERNING SCHEDULING OF SETTLEMENT PROCEEDINGS**<br><br>Courtroom of the Honorable<br>Vince Chhabria, Courtroom 4 |

The parties, by and through their respective counsel of record and subject to the Court's approval, stipulate as follows:

**<u>RECITALS</u>**

WHEREAS, on December 30, 2014, the parties have entered into a Stipulation of Settlement (the "Stipulation") to resolve this matter, subject to Court approval;

WHEREAS, on January 22, 2015, the Court held a hearing (the "January 22 Hearing") on whether it should grant preliminary approval to the settlement set forth the Stipulation;

WHEREAS, the Court raised certain questions during the January 22 Hearing and by orders entered January 23 and 27, 2015, the Court posed certain questions to the parties, asking that the

1  parties respond to them in a supplemental brief concerning preliminary settlement approval to be
2  filed on or before February 20, 2015;

3      WHEREAS, the parties have been discussing the possibility of certain modifications to the
4  Stipulation intended to respond to issues raised by the Court at the January 22 Hearing;

5      WHEREAS, the parties believe that the Court's consideration of the proposed settlement
6  would be enhanced if the parties first reach final positions on, and to the extent applicable document,
7  potential modifications to the Stipulation, and if those issues were incorporated into the
8  supplemental brief that the Court has requested;

9      WHEREAS, at the parties' request, the Court continued the deadline for filing a
10 supplemental brief concerning preliminary settlement approval to March 6, 2015;

11     WHEREAS, the Court held a telephone status conference with the parties on March 3, 2015,
12 at which time the parties reported on the progress of their discussions;

13     WHEREAS, the Court requested that the parties memorialize in a further stipulation certain
14 scheduling matters discussed at the status conference;

15     THEREFORE, subject to the Court's approval, the parties agree as follows:

16 **STIPULATION**

17     a. Should the parties jointly agree to modify the settlement reflected in the Stipulation, then
18 on or before March 24, 2015,

19         i. the parties shall file an amendment to the Stipulation; and

20         ii. Plaintiff shall file a new motion for preliminary approval, noticed for hearing at a
21         mutually convenient time consistent with the Local Rules of this Court.

22 In the event of a joint modification to the Stipulation, the parties need not submit the supplemental
23 briefing contemplated by the Court's Orders of January 23 and 27, 2015.

24     b. Should the parties not jointly agree to modify the settlement reflected in the Stipulation,
25 then on or before March 24, 2015,

26         i. The parties shall file the supplemental briefing contemplated by the Court's Orders
27         of January 23 and 27, 2015;

28

1    ii. Either party may file a separate statement in support of preliminary approval of the
2    Stipulation, should there be additional points that it wishes to bring to the Court's attention;
3    and
4    iii. Plaintiff shall renotice for hearing its motion for preliminary approval of the
5    Stipulation, suggesting mutually convenient dates for a further hearing, subject to the Court's
6    calendar.
7    SO STIPULATED.

DATED: March 6, 2015

JONATHAN R. BASS (SBN 075779)
jbass@cpdb.com
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone: (415) 772-5726


By    /s/ Jonathan R. Bass
      Jonathan R. Bass

WILLIAM McGRANE (SBN 057761)
william.mcgrane@mcgranellp.com
McGRANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3590


MATTHEW J. SHIER (SBN 072638)
mshier@shierkatz.com
shierkatz RLLP
930 Montgomery Street, 6th Floor
San Francisco, California 94133
Telephone: (415) 691-7027

Attorneys for Plaintiff
4EC HOLDINGS, LLC

| | | |
|---|---|---|
| 1 | DATED: March 6, 2015 | VINSON & ELKINS LLP |
| 2 | | |
| 3 | | By___/s/ Michael L. Charlson_____<br>          Michael L. Charlson |
| 4 | | Attorneys for Defendant |
| 5 | | LINEBARGER GOGGAN BLAIR<br>& SAMPSON LLP |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-

1  ~~**PROPOSED**~~ **ORDER**

2  Pursuant to the Stipulation of the parties and upon good cause showing, **IT IS SO**

3  **ORDERED.**

4

5  DATED:  March 9, 2015                           _____

                                                       Honorable Vince Chhabria
6                                                      United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28