UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 4EC HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,<br><br>    Defendant. | Case No. 14-cv-01944-VC<br><br>**ORDER RE MOTION FOR PRELIMINARY APPROVAL AND SETTING CASE MANAGEMENT CONFERENCE** |

Because the parties have informed the Court that they will submit a revised motion for preliminary approval, the currently-pending motion for preliminary approval and related stipulation are denied as moot. Furthermore, an in-person case management conference is scheduled for May 26, 2015 at 10:00 a.m. A case management statement is due May 19, 2015. The parties can file a stipulated request to vacate the case management conference if a revised motion for preliminary approval is on file by that point.

**IT IS SO ORDERED.**

Dated: May 12, 2015

_____
VINCE CHHABRIA
United States District Judge