UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 4EC HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,<br><br>            Defendant. | Case No.  14-cv-01944-VC<br><br>**ORDER** |

The deadline for filing a renewed motion for preliminary approval is June 25, 2015.  A hearing on the renewed motion should be noticed for either August 13th or August 20th.  (The Court is referring to 2015, not 2016).

**IT IS SO ORDERED.**

Dated: June 4, 2015

_____
VINCE CHHABRIA
United States District Judge