Michael L. Charlson (SBN 122125)
  mcharlson@velaw.com
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, California 94105
Telephone:  (415) 979-6900
Facsimile:  (415) 651-8786

Russell Yager (Admitted *Pro Hac Vice*)
  ryager@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Telephone:  (214) 220-7700
Facsimile:  (214) 220-7716

Attorneys for Defendant
LINEBARGER GOGGAN BLAIR & SAMPSON LLP,
a Texas limited liability partnership

[Names and Addresses of Additional
Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| 4EC HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP, a Texas limited liability partnership,<br><br>Defendant. | Case No. 3:14-cv-01944 VC<br>(Class Action)<br><br>**FURTHER STIPULATED SCHEDULING ORDER REGARDING RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Courtroom of the Honorable Vince Chhabria, Courtroom 4 |

This stipulation is made between Plaintiff 4EC Holdings, LLC, a Delaware limited liability company ("Plaintiff"), and Defendant Linebarger Goggan Blair & Sampson LLP, a Texas limited liability partnership ("Defendant") (collectively, "the Parties"), through their respective attorneys of record, and pertains to the briefing and hearing schedule in this action.

In connection with Plaintiff's renewed motion for preliminary approval of the proposed settlement of this action, and as reflected by the stipulation submitted by the parties July 10, 2015

1  that reflects agreement on notices and the claim form, the parties have made substantial progress
2  narrowing the issues for presentation to the Court at the hearing, scheduled for August 20, 2015.
3  The parties continue to make progress narrowing the issues for the Court's consideration and suggest
4  that with one additional week to prepare Defendant's response to plaintiff's renewed motion,
5  additional clarity can be included in that paper.  The parties do not propose to modify the hearing
6  date.
7       Accordingly, the parties agree and stipulate, subject to court's approval, as follows:
8       1.   Defendant will file and serve its response to Plaintiff's renewed motion in support of
9  preliminary approval of class settlement (Dkt. 73) on July 23, 2015.
10      2.   Plaintiff will file and serve any reply to Defendant's response on July 30, 2015.
11      3.   The hearing regarding Plaintiff's Renewed Motion will be held as scheduled, on
12 August 20, 2015, at 10:00 a.m. in Courtroom 4, 17th floor of the United States District Court for the
13 North District of California, located at 450 Golden Gate Avenue, San Francisco, California.
14      **IT IS SO AGREED AND STIPULATED.**
15
16 Dated:  July 14, 2015     By:  /s/ *Michael L. Charlson*
     Michael L. Charlson
17      Russell Yager (*pro hac vice*)
18      Attorneys for Defendant
     LINEBARGER GOGGAN BLAIR &
19      SAMPSON LLP, a Texas limited liability
     partnership
20
21
22
23 / / /
24 / /
25 /
26
27
28

| | |
|---|---|
| 1   Dated:  July 14, 2015 | William McGrane (SBN 057761) |
| 2 |    william.mcgrane@mcgranellp.com |
|   | McGRANE LLP |
| 3 | Four Embarcadero Center,  Suite 1400 |
|   | San Francisco, California 94111 |
| 4 | Telephone:  (415) 766-3590 |

1  Dated:  July 14, 2015

William McGrane (SBN 057761)
   william.mcgrane@mcgranellp.com
McGRANE LLP
Four Embarcadero Center,  Suite 1400
San Francisco, California 94111
Telephone:  (415) 766-3590


By:   /s/ *William McGrane*
       William McGrane

Jonathan R. Bass (SBN 075779)
COBLENTZ PATCH DUFFY & BASS LLP

Matthew J. Shier (SBN 072638)
Shierkatz RLLP

Attorneys for Plaintiff
4EC HOLDINGS, LLC, a Delaware limited liability company

-3-

FURTHER STIP.RE SCHEDULING REGARDING RENEWED MOTION
CASE NO.: 3:14-CV-01944 VC

## ~~PROPOSED~~ ORDER

Pursuant to the Stipulation of the parties and upon good cause showing, **IT IS SO ORDERED.**

DATED: July 16, 2015

_____
Honorable Vince Chhabria
United States District Judge