Michael L. Charlson (SBN 122125)
  mcharlson@velaw.com
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, California 94105
Telephone: (415) 979-6900
Facsimile: (415) 704-3264

Russell Yager (*pro hac vice*)
  ryager@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: 214.220.7700
Facsimile: 214.220.7716

Attorneys for Defendant
LINEBARGER GOGGAN BLAIR & SAMPSON LLP,
a Texas limited liability partnership

[Names and Addresses of Additional
Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| 4EC HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP, a Texas limited liability partnership,<br><br>Defendant. | Case No. 3:14-cv-01944 VC<br>(Class Action)<br><br>**FURTHER STIPULATED ORDER CONCERNING PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br>**(DKT. NO. 73)**<br><br>Courtroom of the Honorable<br>Vince Chhabria |

This stipulation is made between Plaintiff 4EC Holdings, LLC, a Delaware limited liability company ("Plaintiff"), and Defendant Linebarger Goggan Blair & Sampson LLP, a Texas limited liability partnership ("Defendant") (collectively, "the Parties"), through their respective attorneys of record, and pertains to Plaintiff's pending Renewed Motion for Preliminary Approval of Class Settlement (the "Renewed Motion"), which is calendared for hearing before the Court on August 20, 2015.

**THE PARTIES AGREE AND STIPULATE AS FOLLOWS:**

In response to the Court's Order re Preliminary Approval Hearing entered August 17, 2015 (the "August 17 Order"), the parties have agreed upon and prepared an Amended and Corrected Stipulation of Class Action Settlement and Release (the "Amended and Corrected Stipulation"). The Amended and Corrected Stipulation, including its exhibits, is being filed with the Court concurrently with this stipulation. The Amended and Corrected Stipulation supersedes all prior stipulations concerning the terms of the proposed Settlement of this action – specifically the stipulations filed with the Court on December 30, 2014; March 24, 2015, July 10, 2015 and July 22, 2015 (Dkts. 50, 65, 76 & 81). The parties request that Plaintiff's Renewed Motion for Preliminary Approval of Class Settlement (Dkt. No. 73) be deemed to seek approval of the Settlement as set forth in the Amended and Corrected Stipulation. Although the Amended and Corrected Stipulation reflects no substantive changes to the Settlement terms as between the parties, the parties believe that the Amended and Corrected Stipulation responds to the issues, typographical and otherwise, that the Court noted in its August 17 Order. Plaintiffs note their desire to discuss at the August 20, 2015 hearing their planned application for an award of attorneys' fees and expenses, and the possibility of a supplemental application.

The August 17 Order requested that the parties have available for the Court redlined versions of the Amended and Corrected Stipulation and its exhibits. The parties intend to have those redlined versions delivered to Chambers today by electronic mail, per instructions from the Court's deputy. Additionally, the corrected Proposed Order Preliminarily Approving Settlement as Amended and

/ / /

/ /

/

1 Providing for Notice will be submitted to Chambers in Word version today, consistent with the
2 Court's standing order.

3 **IT IS SO AGREED AND STIPULATED this 19th DAY OF AUGUST, 2015.**

4 <u>*Submitted Jointly By*</u>*:*

5 VINSON & ELKINS LLP

7 By___*/s/ Michael L. Charlson*_____
         Michael L. Charlson
8
**ATTORNEYS FOR DEFENDANT**
9 **LINEBARGER GOGGAN BLAIR & SAMPSON LLP**

11 William McGrane (SBN 057761)
      william.mcgrane@mcgranellp.com
12 McGRANE LLP
Four Embarcadero Center, Suite 1400
13 San Francisco, California 94111
Telephone:  (415) 766-3590
14
By___*/s/ William McGrane*_____
15         William McGrane

16 Jonathan R. Bass (SBN 075779)
      jbass@cpdb.com
17 COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
18 San Francisco, California 94111
Telephone:  415.772.5726
19
Matthew J. Shier (SBN 072638)
20     mshier@shierkatz.com
shierkatz RLLP
21 930 Montgomery Street, 6th Floor
San Francisco, California 94133
22 Telephone:  415.691.7027

23 **ATTORNEYS FOR PLAINTIFF**
**4EC HOLDINGS, LLC**

1 **PROPOSED ORDER**

2  Pursuant to the Stipulation of the parties and upon good cause showing, **IT IS SO**

3 **ORDERED.**

4

5  DATED: _____          _____
               Honorable Vince Chhabria
6              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

## ATTESTATION OF ELECTRONIC FILING

I, Michael L. Charlson, am the ECF User whose ID and password are being used to file this FURTHER STIPULATED ORDER CONCERNING PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT (DKT. NO. 73). I hereby attest that counsel whose e-signatures appear above have concurred with this filing.

Dated:  August 19, 2015

By: /s/ *Michael L. Charlson*
Michael L. Charlson
Russell Yager (*pro hac vice*)

Attorneys for Defendant
LINEBARGER GOGGAN BLAIR & SAMPSON LLP

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 19, 2015, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.

Dated:  August 19, 2015

By: /s/ *Michael L. Charlson*
Michael L. Charlson
Russell Yager (*pro hac vice*)

Attorneys for Defendant
LINEBARGER GOGGAN BLAIR & SAMPSON LLP