1  Michael L. Charlson (SBN 122125)
     mcharlson@velaw.com
2  VINSON & ELKINS LLP
   525 Market Street, Suite 2750
3  San Francisco, California 94105
   Telephone:  (415) 979-6900
4  Facsimile:  (415) 704-3264

5  Russell Yager (*pro hac vice*)
     ryager@velaw.com
6  VINSON & ELKINS LLP
   2001 Ross Avenue, Suite 3700
7  Dallas, Texas 75201
   Telephone: 214.220.7700
8  Facsimile: 214.220.7716

9  Attorneys for Defendant
   LINEBARGER GOGGAN BLAIR & SAMPSON LLP,
10 a Texas limited liability partnership

11 [Names and Addresses of Additional
   Counsel Listed on Signature Pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| 4EC HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP, a Texas limited liability partnership,<br><br>Defendant. | Case No. 3:14-cv-01944 VC<br>(Class Action)<br><br>**FURTHER STIPULATED ORDER CONCERNING PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br>**(DKT. NO. 73)**<br><br>Courtroom of the Honorable<br>Vince Chhabria |

This stipulation is made between Plaintiff 4EC Holdings, LLC, a Delaware limited liability company ("Plaintiff"), and Defendant Linebarger Goggan Blair & Sampson LLP, a Texas limited liability partnership ("Defendant") (collectively, "the Parties"), through their respective attorneys of record, and pertains to Plaintiff's pending Renewed Motion for Preliminary Approval of Class Settlement (the "Renewed Motion"), which is calendared for hearing before the Court on August 20, 2015.

1  **THE PARTIES AGREE AND STIPULATE AS FOLLOWS:**

2  In response to the Court's Order re Preliminary Approval Hearing entered August 17, 2015
3  (the "August 17 Order"), the parties have agreed upon and prepared an Amended and Corrected
4  Stipulation of Class Action Settlement and Release (the "Amended and Corrected Stipulation").  The
5  Amended and Corrected Stipulation, including its exhibits, is being filed with the Court concurrently
6  with this stipulation.  The Amended and Corrected Stipulation supersedes all prior stipulations
7  concerning the terms of the proposed Settlement of this action – specifically the stipulations filed
8  with the Court on December 30, 2014; March 24, 2015, July 10, 2015 and July 22, 2015 (Dkts. 50,
9  65, 76 & 81).  The parties request that Plaintiff's Renewed Motion for Preliminary Approval of
10 Class Settlement (Dkt. No. 73) be deemed to seek approval of the Settlement as set forth in the
11 Amended and Corrected Stipulation.  Although the Amended and Corrected Stipulation reflects no
12 substantive changes to the Settlement terms as between the parties, the parties believe that the
13 Amended and Corrected Stipulation responds to the issues, typographical and otherwise, that the
14 Court noted in its August 17 Order.  Plaintiffs note their desire to discuss at the August 20, 2015
15 hearing their planned application for an award of attorneys' fees and expenses, and the possibility of
16 a supplemental application.

17 The August 17 Order requested that the parties have available for the Court redlined versions
18 of the Amended and Corrected Stipulation and its exhibits.  The parties intend to have those redlined
19 versions delivered to Chambers today by electronic mail, per instructions from the Court's deputy.
20 Additionally, the corrected Proposed Order Preliminarily Approving Settlement as Amended and

21 / / /
22 / /
23 /

-2-

STIP. ORDER CONCERNING RENEWED MOTION.
FOR PRELIMINARY SETTLEMENT APPROVAL                                CASE NO.: 3:14-CV-01944 VC

Providing for Notice will be submitted to Chambers in Word version today, consistent with the Court's standing order.

**IT IS SO AGREED AND STIPULATED this 19th DAY OF AUGUST, 2015.**

<u>*Submitted Jointly By*</u>:

VINSON & ELKINS LLP


By     */s/ Michael L. Charlson*
          Michael L. Charlson

**ATTORNEYS FOR DEFENDANT
LINEBARGER GOGGAN BLAIR & SAMPSON LLP**


William McGrane (SBN 057761)
    william.mcgrane@mcgranellp.com
McGRANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone:  (415) 766-3590

By     */s/ William McGrane*
          William McGrane

Jonathan R. Bass (SBN 075779)
    jbass@cpdb.com
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone:  415.772.5726

Matthew J. Shier (SBN 072638)
    mshier@shierkatz.com
shierkatz RLLP
930 Montgomery Street, 6th Floor
San Francisco, California 94133
Telephone:  415.691.7027

**ATTORNEYS FOR PLAINTIFF
4EC HOLDINGS, LLC**

1 <b>~~PROPOSED~~ ORDER</b>

2   Pursuant to the Stipulation of the parties and upon good cause showing, **IT IS SO**

3 **ORDERED.**

4

5 DATED: August 20, 2015     _____
                                Honorable Vince Chhabria
6                               United States District Judge

-4-