UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 4EC HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,<br><br>            Defendant. | Case No.  14-cv-01944-VC<br><br>**ORDER GRANTING IN PART MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Re: Dkt. No. 98 |

The motion for attorneys' fees and costs is granted in part.  For the reasons discussed on the record, the Court does not believe that this case requires use of the lodestar method proposed by the plaintiff, nor does the case present special circumstances justifying an upward departure from the "benchmark" figure of 25% of the settlement amount.  *See In re Bluetooth Headset Prods. Liab. Litig.*, 654 F.3d 935, 942 (9th Cir. 2011).  Whether to depart downward from the 25% benchmark is a much closer question (also for the reasons discussed on the record), but the Court has concluded that a reduction from 25% is not warranted because the settlement was, by all accounts, a good result for the class members from a monetary standpoint.  Accordingly, the plaintiff is awarded $850,000.00 in attorneys' fees and $53,595.81 in costs.

    **IT IS SO ORDERED.**

Dated: January 8, 2016

_____
VINCE CHHABRIA
United States District Judge